| | |
|---|---|
| CDIL PROB 22 (Rev. 4/97) | DOCKET NUMBER *(Tran. Court)* 0753/5 20054-003 |
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* 08CR 265 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: **FILED** MAR 2 8 2008 ICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT Jon Walker | DISTRICT: CENTRAL DISTRICT OF ILLINOIS | DIVISION Urbana |
|---|---|---|
| | NAME OF SENTENCING JUDGE Michael P. McCuskey | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 01/06/08 | TO 01/05/2011 |

| OFFENSE | |
|---|---|
| Conspiracy to Defraud Bank One 18:371 | JUDGE KENDALL MAGISTRATE JUDGE COX |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Illinois/Chicago upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

kjb

| | |
|---|---|
| 3/4/08 Date | *Michael P. McCuskey* Michael P. McCuskey Chief United States District Judge |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS/CHICAGO

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| | |
|---|---|
| MAR 2 6 2008 Effective Date | *James F. Holderman* United States District Judge |