**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

UNITED STATES OF AMERICA
                    Plaintiff,

v.                                           Case No.: 1:08−cr−00265
                                             Honorable Virginia M. Kendall

                    Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Friday, September 5, 2008:

   MINUTE entry before the Honorable Virginia M. Kendall: Enter rule to show cause why supervised release should not be revoked. Hearing on the rule to show cause is set for 9/24/2008 at 01:30 PM. Defendant and his attorney are directed to appear on 9/24/2008 at 1:30 pm prepared to proceed to hearing on the rule to show cause.Mailed notice (jms, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.